# MEMORANDUM DECISIONS.

A. F. ENGLEHARDT CO., Appellant, v. KAUFMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 6, 1896.) Action by the A. F. Englehardt Company against Louis Kaufman and another. No opinion. Order affirmed, with $10 costs and disbursements. All concur. See 37 N. Y. Supp. 531, and 39 N. Y. Supp. 31.

ALBRIGHT v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. November 20, 1896.) Action by Bettie Albright, as administratrix, against the Manhattan Railway Company. No opinion. Motion granted, with $10 costs.

ALEXANDER v. MAXWELL et al. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by John R. Alexander against Nathan Maxwell and others. No opinion. Judgment affirmed, with costs. All concur.

ALLEN v. BANKS et al. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by John Allen against Levi B. Banks and others. No opinion. Motion for a reargument denied, and leave granted to appeal to the court of appeals on the ground that the case involves a question of law which ought to be reviewed by that court. All concur. See 39 N. Y. Supp. 1016.

ALTSCHUL, Appellant, v. REHFELD, Respondent. (Supreme Court, Appellate Term, First Department. September, 1896.) Action by Jacob Altschul against Augusta Rehfeld. H. Stiefel, for appellant. Cardoza Bros., for respondent. No opinion. Affirmed upon argument.

AMERICAN EXCH. NAT. BANK v. CASINO CO. (Supreme Court, Appellate Division, First Department. June, 1896.) Action by the American Exchange National Bank against the Casino Company. No opinion. Application denied. See 39 N. Y. Supp. 258.

AMERICAN GROCERY CO. v. HEVENOR et al. (Supreme Court, Appellate Division, First Department. June, 1896.) Action by the American Grocery Company against Roberts A. Hevenor and others. No opinion. Motion denied upon payment of $10 costs. See 39 N. Y. Supp. 153.

AMERICAN SURETY CO. v. CROW. (Supreme Court, Appellate Division, First Department. November 20, 1896.) Action by the American Surety Company against Moses R. Crow. No opinion. Motion denied. See 38 N. Y. Supp. 1141.

AMES v. GERRISH. (Supreme Court, Appellate Division, First Department. December 11, 1896.) Action by Merritt Ames against Clara Gerrish. No opinion. Application denied.

AMURO, Respondent, v. BUCHIGNANI et al., Appellants. (Supreme Court, Appellate Division, First Department. July, 1896.) Action by Antonio Amuro against Emile Buchignani and another. No opinion. Order affirmed, with $10 costs and disbursements.

ANDERSON v. N. Y. ANDERSON PRESSED BRICK CO. (Supreme Court, Appellate Division, First Department. October 23, 1896.) Action by John C. Anderson against the N. Y. Anderson Pressed Brick Company. W. C. Pinne, for plaintiff. E. S. Peck, for defendant. No opinion. Order affirmed, with $10 costs and disbursements.

ANTHONY v. VILLAGE OF GLENS FALLS. (Supreme Court, Appellate Division, Third Department. December 18, 1896.) Action by Lulu Anthony, by guardian, against the village of Glens Falls. No opinion. Motion denied, without costs. All concur. See 38 N. Y. Supp. 536.

ARNOUX v. PHYFE et al. (Supreme Court, Appellate Division, First Department. November 20, 1896.) Action by William H. Arnoux against Amy C. Phyfe and others. No opinion. Motion granted. See 39 N. Y. Supp. 973.

ARONSON, Respondent, v. ABRAMS, Appellant. (Supreme Court, Appellate Division, Third Department. December 2, 1896.) Action by Barnet Aronson against Lewis Abrams. No opinion. Judgment and order affirmed, with costs. All concur.

AUSTEN v. BRADLEY SALT CO. (Supreme Court, Appellate Division, First Department. October 23, 1896.) Action by David E. Austen against the Bradley Salt Company. No opinion. Motion denied, with $10 costs.

AUSTEN, Respondent, v. BRADLEY SALT CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1896.) Action by David E. Austen, as receiver of taxes, against the Bradley Salt Company. E. H. Benn, for appellant. R. G. Monroe, for respondent. No opinion. Order affirmed, with